IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-687-D

| | | |
|---|---|---|
| STRUCTURED FINANCIAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHONUFF DIGITAL MEDIA, LLC, WILLIAM CHAVIS, and TAMARA CHAVIS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

On March 10 and 11, 2025, defendant Shonuff Digital Media, LLC, ("Shonuff Digital Media") through defendant William Chavis filed motions for a second extension of time within which to obtain legal counsel for Shonuff Digital Media. See [D.E. 24, 27]. On March 13, 2025, Structured Financial, LLC ("plaintiff" or "Structured Financial") moved to strike the purported answer of Shonuff Digital Media and responded in opposition to Shonuff Digital Media's motions for extension of time [D.E. 30]. As explained below, the court denies Shonuff Digital Media's motions for extension of time and grants Structured Financial's motion to strike.

I.

Structured Financial is a limited liability company that is organized and exists under the law of the State of Michigan with its principal office and place of business in Wake County, North Carolina. See [D.E. 1] Compl. ¶ 1. Shonuff Digital Medial is a limited liability company that is organized and exists under the law of the State of Georgia with its principal office and place of business in Fulton County Georgia. See id. at ¶ 2. William Chavis is the purported owner of Shonuff Media and Tamara Chavis is his wife. See id. at ¶ 3.

On February 4, 2025, the court entered an order allowing Shonuff Digital Media up to and including March 8, 2025, within which to obtain counsel and to answer or otherwise respond to the Structured Financial's complaint. See [D.E. 15, 16]. On March 10 and 11, 2025, William Chavis, who represented himself to be the owner of Shonuff Digital Media, moved to extend time to obtain legal counsel for Shonuff Ditigal Media. See [D.E. 24, 27]. William Chavis (who is not a licensed attorney or member of this court's bar) also filed a purported answer to the complaint on behalf of Shonuff Digital Media. See [D.E. 25]. Structured Financial objects to the motions for extension of time and moves to strike the purported answer filed on behalf of Shonuff Digital. See [D.E. 30].

Local Civil Rule 5.2(b)(2) provides that an entity that is not a natural person cannot appear as an unrepresented person and must be represented by an attorney. See Local Civ. R. 5.2(b)(2). The filings that William Chavis made on behalf of Shonuff Digital Media violate Local Civil Rule 5.2(b)(2). Moreover, Shonuff Digital Media has failed to comply with the court's order of February 4, 2025. Shonuff Digital Media has not shown good cause to justify more time within which to obtain legal counsel. Furthermore, good cause exists to strike the purported answer that William Chavis filed in this case on behalf of Shonuff Digital Media.

In sum, the court DENIES the Shonuff Digital Media's motions for extensions of time within which to obtain legal counsel [D.E. 24, 27], and GRANTS plaintiff's motion to strike the purported answer filed in this case on behalf of Shonuff Digital Media [D.E. 30].

SO ORDERED. This _25_ day of April, 2025.

JAMES C. DEVER III
United States District Judge